```
1  JILBERT TAHMAZIAN, ESQ. NO. 143574
   LAW OFFICES OF JILBERT TAHMAZIAN
2  1518 West Glenoaks Boulevard
   Glendale, California 91201
3
   Telephone No. (818) 242-8201
4  Facsimile No. (818) 242-8246

5  Attorneys for Defendant
   MANUK SHUBARALYAN
```



FILED
OCT - 5 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LODGED
OCT - 3 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 05-00343 (FCD) |
| | ) | ORDER and |
| Plaintiff, | ) | WAIVER OF DEFENDANT'S |
| | ) | PRESENCE |
| | ) | |
| | ) | [FRCP Rule 43(c)(3)] |
| v. | ) | |
| | ) | "As modified" |
| MANUK SHUBARALYAN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, MANUK SHUBARALYAN, (hereafter referred to as "Defendant"), through his counsel of record, Jilbert Tahmazian, hereby waives the right to be present in person in open court upon the hearing in the above-entitled court, including when the case is ordered for trial, when a continuance is ordered, any other appearance involving status conferences, motions or questions of law.

Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; he agrees that his interests will be deemed represented at all times by the presence of her attorney, the same as if he were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in his absence.

Document submitted on paper

1

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act and <u>Federal Rules of Criminal Procedure</u> Rule 43(c)(3), and authorizes his attorney to set times and/or delays under the Act.

Dated: September 29, 2005          Respectfully Submitted,

_____
MANUK SHUBARALYAN, Defendant
11240 Louise Ave.
Granada Hills, CA
(818) 631-3311

APPROVED:
LAW OFFICES OF JILBERT TAHMAZIAN

_____
By: Jilbert Tahmazian, Esq.
Attorneys for Defendant
MANUK SHUBARALYAN

IT IS SO ORDERED.  IT IS FURTHER ORDERED that Local Rule 5-133 states that all attorney's appearing in the Eastern District of California are required to file all documents electronically.  Counsel for all defendants who have not already done so, must register for a login and password for filing in the electronic docket.  Information on how to do this is located at www.caed.uscourts.gov or by calling the District's help-desk at 1-866-884-5525.

DATED: October     , 2005

_____
FRANK C. DAMRELL JR.
U.S. District Judge

2

## CERTIFICATE OF SERVICE

I am employed in the county of Los Angeles, State of California in the offices of a member of the State Bar of California at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 1518 West Glenoaks Blvd, Glendale, California 91201.

On the date set forth below, I served the foregoing document described as **WAIVER OF DEFENDANT'S PRESENCE [FRCP Rule 43(c)(3)]** on the interested parties, named below and in this action by the method of service set forth below:

Christine Watson, AUSA
501 I Street #10-100
Sacramento, CA 95814

__X__ **BY MAIL.** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postal meter date is more than one day after the date of deposit for mailing an affidavit.

_____ **BY FACSIMILE.** By transmitting a copy of above listed document by a "FAX" machine to the FAX number noted on the attached master mailing list and/or as listed above.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct. Executed on September 29, 2005 in the City of Glendale, State of California.

_____
Alex Van Kovn, Declarant

3