JILBERT TAHMAZIAN, ESQ. NO. 143574
LAW OFFICES OF JILBERT TAHMAZIAN
1518 West Glenoaks Boulevard
Glendale, California 91201

Telephone No. (818) 242-8201
Facsimile No. (818) 242-8246

Attorneys for Defendant
MANUK SHUBARALYAN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANUK SHUBARALYAN,<br><br>    Defendant. | Case No. CR 05-00343 (FCD)<br><br>**ORDER RE: MODIFICATION OF TERMS AND CONDITIONS OF PRETRIAL RELEASE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AND ADJUDGED THAT Defendant, Manuk Shubaralyan be permitted to travel to Salem, Oregon, to assist his daughter Madlene Shubaralyan, in relocating to Salem, Oregon from February 16, 2006 through February 22, 2006.

IT IS FURTHER ORDERED THAT Manuk Shubaralyan check in with the Pretrial Services Office 48 hours before his travel and within 48 hours upon his return. All conditions of his pretrial release shall remain the same.

Dated: February 7, 2006                /s/ Frank C. Damrell Jr.
                                                 Hon. Judge Frank D. Damrell Jr.
                                                 United States District Court Judge