```
JILBERT TAHMAZIAN, ESQ. NO. 143574
LAW OFFICES OF JILBERT TAHMAZIAN
1518 West Glenoaks Boulevard
Glendale, California 91201

Telephone No. (818) 242-8201
Facsimile No. (818) 242-8246

Attorneys for Defendant
MANUK SHUBARALYAN
```

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 05-00343 (FCD) |
| Plaintiff, ) | **STIPULATION AND ORDER RE CONTINUANCE OF STATUS CONFERENCE DATE** |
| v. ) | Status Conference<br>Date:   May 1, 2006<br>Time:   9:30 A.M.<br>Judge:  Hon. Judge Frank D. Damrell |
| MANUK SHUBARALYAN, ) | |
| Defendant. ) | |

TO THE UNITED STATES ATTORNEY, AND TO THE U.S. DISTRICT COURT:

Defendant, MANUK SHUBARALYAN, by and through his attorneys of record, the Law Offices of Jilbert Tahmazian; defendant YURIK SHAKHBAZYAN, by and through his attorneys Minassian & Bagndaian; defendant ROZA GASPARIAN, by and through her attorneys of record Law Offices of Mark J. Werksman, and Plaintiff, United States of America, through its attorney of record, Christine Watson from the United States Attorney's Office for the Eastern District of California, hereby agree, stipulate and request that the Court to continue the status conference date in this matter from May 1, 2006, at 9:30 a.m., to June 12, 2006 at 9:30 a.m. The Parties further stipulate that:

1

1. The Speedy Trial Act of 1974, 18 U.S.C. §3161 et seq., originally required that the status conference for this matter commence on or before May 1, 2006.
2. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161 et seq., within which the status conference must commence, the time period of May 1, 2006 to June 12, 2006, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(1)(D) [Local Code C]
3. Pursuant to 18 U.S.C. §3161(h)(1)(F), any delay that results from any pretrial motion, from the time of the filing of this stipulation is automatically excludable from the Speedy Trial Act time limitations.

IT IS SO STIPULATED.

Dated: April 26, 2006        LAW OFFICES OF JILBERT TAHMAZIAN


By:   /s/ Jilbert Tahmazian
Jilbert Tahmazian, Esq.
Attorney for Defendant,
MANUK SHUBARALYAN

Dated: April 26, 2006        MINASSIAN & BAGNDAIAN


By:   /s/ Fred G. Minassian
Fred G. Minassian
Attorney for Defendant
YURIK SHAKHBAZYAN

Dated: April 26, 2006        LAW OFFICES OF MARK J. WERKSMAN


By:   /s/ Mark J. Werksman
Mark J. Werksman
Attorney for Defendant
ROZA GASPARIAN

2

Dated: April 26, 2006

By: /s/ Christine Watson
Christine Watson, Esq.
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

ORDER

The status conference date in this matter be continued to June 12, 2006, at 9:30 a.m.  Time shall be excluded under the Speedy Trial Act of 1974, 18 U.S.C. §3161 et seq., From  May 1, 2006 to the new status date of June 12, 2006.

IT IS SO ORDERED

DATED: April 27, 2006          /s/ Frank C. Damrell Jr.
Hon. Judge Frank D. Damrell Jr.
United States District Court Judge

# CERTIFICATE OF SERVICE

I am employed in the county of Los Angeles, State of California in the offices of a member of the State Bar of California at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 1518 West Glenoaks Blvd, Glendale, California 91201.

On the date set forth below, I served the foregoing document described as **STIPULATION AND ORDER RE CONTINUANCE OF STATUS CONFERENCE DATE** on the interested parties, named below and in this action by the method of service set forth below:

Christine Watson, AUSA
United States Attorney's Office
501 I Street #10-100
Sacramento, CA 95814
Facsimile (916) 554-2900
E-mail: christine.watson@usdoj.gov
(By Electronic Transmission)

Fred G. Minassian
Minassian & Bagndaian
3435 Wilshire Bl. #620
Los Angeles, CA 90010
Facsimile: (213) 427-8884
E-mail: mblaw@sbcglobal.net
(By Electronic Transmission)

U.S. Pretrial Services
501 "I" Street, Ste. 2400
Sacramento, CA 95814
Facsimile: (916) 930-4355
(By Facsimile and U.S. Mail)

Mark J. Werksman
Law Offices of Mark J. Werksman
801 South Figueroa Street, 11th Floor
Los Angeles, CA 90017
Facsimile: (213) 688-1942

  **X**  **BY MAIL.** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postal meter date is more than one day after the date of deposit for mailing an affidavit.

  **X**  **BY FACSIMILE.** By transmitting a copy of above listed document by a "FAX" machine to the FAX number noted on the attached master mailing list and/or as listed above.

__X__ **(BY ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the original documents to be filed electronically with the United States District Court, Eastern District of California's Case Management/Electronic Case Filing (CM/ECF) system, therefore electronically serves a copy of the documents on the persons at the e-mail address listed above. I did not receive, within reasonable time after the transmission, any electronic messages or other indication that the transmission was unsuccessful.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct. Executed on April 26, 2006 in the City of Glendale, State of California.


　　　　　　　　　　　　　　　　　　　　/s/ Allen A. Sarksian
　　　　　　　　　　　　　　　　　　　　Allen A. Sarkisian, Declarant