1  JILBERT TAHMAZIAN, ESQ. NO. 143574
   LAW OFFICES OF JILBERT TAHMAZIAN
2  1518 West Glenoaks Boulevard
   Glendale, California 91201
3
   Telephone No. (818) 242-8201
4  Facsimile No. (818) 242-8246

5  Attorneys for Defendant
   MANUK SHUBARALYAN
6

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
   UNITED STATES OF AMERICA,        )   Case No. CR 05-00343 (FCD)
11                                   )
            Plaintiff,               )   **ORDER TO ALLOW MANUK**
12                                   )   **SHUBARALYAN TO TRAVEL TO**
                                     )   **OREGON**
13                                   )
                                     )
14         v.                        )
                                     )
15                                   )
                                     )
16                                   )
   MANUK SHUBARALYAN,                )
17                                   )
            Defendant.               )
18  _____     )

19

20      Defendant, Manuk Shubaralyan ("Shubaralyan"), through his attorneys, Law Offices of

21  Jilbert Tahmazian has requested permission to travel to Staton, Oregon to visit his daughter.

22  Shubaralyan requested to be allowed to travel between June 24, 2007 and July 3, 2007. Assistant

23  U.S. Attorney, Steven Lapham has expressed no objections to Shubaralyan's request.

24      NOW, GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AND

25  ADJUDGED that Defendant, Shubaralyan be permitted to travel to Staton, Oregon to visit his

26  daughter from June 24, 2007 to July 3, 2007.

27

28

                                    1
                        ORDER TO ALLOW TRAVEL

1    IT IS FURTHER ORDERED that Shubaralyan check in with the Pretrial Services within

2    48 hours upon his return. All conditions of his pretrial release shall remain the same.

3

4    Dated: June 8, 2007

5

6                                        FRANK C. DAMRELL, JR.

7                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO ALLOW TRAVEL

1

## **CERTIFICATE OF SERVICE**

2

3    I am employed in the county of Los Angeles, State of California in the offices of a member of the State Bar of California at whose direction this service was made.  I am over the age of 18 and not a party to the within action.  My business address is 1518 West Glenoaks Blvd, Glendale,

4    California 91201.

5    On the date set forth below, I served the foregoing document described as **[PROPOSED] ORDER TO ALLOW DEFENDANT TO TRAVEL TO OREGON** on the interested parties,

6    named below and in this action by the method of service set forth below:

7    Steven Lapham, AUSA
     United States Attorney's Office

8    501 I Street #10-100
     Sacramento, CA 95814

9    Facsimile (916) 554-2900
     E-mail: steven.lapham@usdoj.gov

10   (By Electronic Transmission)

11

     Fred G. Minassian

12   Minassian & Bagndaian
     3435 Wilshire Bl. #620

13   Los Angeles, CA 90010
     Facsimile: (213) 427-8884

14   E-mail: mblaw@sbcglobal.net

15   (By Electronic Transmission)

16   U.S. Pretrial Services
     501 "I" Street, Ste. 2400

17   Sacramento, CA 95814

18   Facsimile: (916) 930-4355
     (By Facsimile and U.S. Mail)

19

     Mark J. Werksman

20   Law Offices of Mark J. Werksman

21   801 South Figueroa Street, 11th Floor
     Los Angeles, CA 90017

22   Facsimile: (213) 688-1942

23    **X   BY MAIL.** I am "readily familiar" with the firm's practice of collecting and processing

24   correspondence for mailing.  Under that practice, the mail would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles,

25   California in the ordinary course of business.  I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postal meter date is

26   more than one day after the date of deposit for mailing an affidavit.

27

28    **X    BY FACSIMILE.** By transmitting a copy of above listed document by a "FAX"

3

ORDER TO ALLOW TRAVEL

1  machine to the FAX number noted on the attached master mailing list and/or as listed above.

2   **X** **(BY ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of
3  the parties to accept service by e-mail or electronic transmission, I caused the original
   documents to be filed electronically with the United States District Court, Eastern District
4  of California's Case Management/Electronic Case Filing (CM/ECF) system, therefore
   electronically serves a copy of the documents on the persons at the e-mail address listed
5  above. I did not receive, within reasonable time after the transmission, any electronic
6  messages or other indication that the transmission was unsuccessful.

7      I declare under penalty of perjury and the laws of the State of California that the foregoing
   is true and correct.  Executed on June 5, 2007 in the City of Glendale, State of California.
8

9

10                    /s/ Alex Van Kovn
                     Alex Van Kovn, Declarant
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO ALLOW TRAVEL