JILBERT TAHMAZIAN, ESQ. NO. 143574
LAW OFFICES OF JILBERT TAHMAZIAN
1518 West Glenoaks Boulevard
Glendale, California 91201

Telephone No. (818) 242-8201
Facsimile No. (818) 242-8246

Attorneys for Defendant
MANUK SHUBARALYAN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:05-cr-00343 (FCD) |
| Plaintiff, ) | **ORDER TO ALLOW MANUK SHUBARALYAN TO TRAVEL TO OREGON** |
| v. ) | |
| MANUK SHUBARALYAN, ) | |
| Defendant. ) | |

Defendant, Manuk Shubaralyan ("Shubaralyan"), through his attorneys, Law Offices of Jilbert Tahmazian has requested permission to travel to Staton, Oregon to visit his daughter. Shubaralyan requested to be allowed to travel between August 7, 2007 and September 7, 2007. Assistant U.S. Attorney, Steven Lapham has expressed no objections to Shubaralyan's request.

NOW, GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AND ADJUDGED that Defendant, Shubaralyan be permitted to travel to Staton, Oregon to visit his daughter from August 7, 2007 to September 7, 2007.

IT IS FURTHER ORDERED that Shubaralyan check in with the Pretrial Services within 48 hours upon his return. All conditions of his pretrial release shall remain the same.

Dated: August 6, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER TO ALLOW TRAVEL