1  JILBERT TAHMAZIAN, ESQ. NO. 143574
   LAW OFFICES OF JILBERT TAHMAZIAN
2  1518 West Glenoaks Boulevard
   Glendale, California 91201
3
   Telephone No. (818) 242-8201
4  Facsimile No. (818) 242-8246

5  Attorneys for Defendant
   MANUK SHUBARALYAN

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:05-CR-0343 (FCD) |
|---|---|
| Plaintiff, | ) **ORDER TO ALLOW MANUK SHUBARALYAN TO TRAVEL TO OREGON** |
| v. | ) |
| MANUK SHUBARALYAN, | ) |
| Defendant. | ) |

    Defendant, Manuk Shubaralyan ("Shubaralyan"), through his attorneys, Law Offices of Jilbert Tahmazian has requested permission to travel to Staton, Oregon to visit his daughter. Shubaralyan requested to be allowed to travel between May 10, 2008 to May 31, 2008. Assistant U.S. Attorney, Steven Lapham has expressed no objections to Shubaralyan's request.

    NOW, GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AND ADJUDGED that Defendant, Shubaralyan be permitted to travel to Staton, Oregon to visit his daughter from May 10, 2008 to May 31, 2008.

1    IT IS FURTHER ORDERED that Shubaralyan check in with the Pretrial Services within
2 48 hours upon his return. All conditions of his pretrial release shall remain the same.

4 Dated: May 9, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE