JILBERT TAHMAZIAN, ESQ. NO. 143574
LAW OFFICES OF JILBERT TAHMAZIAN
1518 West Glenoaks Boulevard
Glendale, California 91201

Telephone No. (818) 242-8201
Facsimile No. (818) 242-8246

Attorneys for Defendant
MANUK SHUBARALYAN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-00343 FCD |
| Plaintiff, | **ORDER TO CONTINUE SENTENCING DATE** |
| v. | Date:  July 14, 2008<br>Time:  10:00 A.M.<br>Judge:  Hon. Judge Frank D. Damrell, Jr. |
| MANUK SHUBARALYAN, | New Date:  August 25, 2008<br>Time:  10:00 a.m. |
| Defendant. | |

Based upon representations found in the Stipulation to Continue Sentencing Hearing, the Court finds that the ends of justice would be served by granting the continuance requested by the parties.

Accordingly, after due consideration, the Stipulation is hereby GRANTED.

It is further ORDERED that the sentencing hearing is reset to August 25, 2008, at 10:00 a.m.

It is further ORDERED that the Parties adhere to the following scheduling Order:

(a) Disclosure of the PSR by the Probation Department due date - July 21, 2008;

(b) Any objections to PSR report shall be sent to the Probation Department on or before August 4, 2008;

1     (c)    Final PSR report shall be filed with the Court on or before August 11, 2008;

2     (d)    Defendant's Sentencing Memorandum/Objections to PSR report shall be filed

3     with the Court on or before August 18, 2008

Dated: May 29, 2008

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE

---

2

ORDER TO CONTINUE SENTENCING