JILBERT TAHMAZIAN, ESQ. NO. 143574
LAW OFFICES OF JILBERT TAHMAZIAN
1518 West Glenoaks Boulevard
Glendale, California 91201

Telephone No. (818) 242-8201
Facsimile No. (818) 242-8246

Attorneys for Defendant
MANUK SHUBARALYAN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S-05-00343 FCD |
| Plaintiff, | **ORDER TO ALLOW MANUK SHUBARALYAN TO TRAVEL TO OREGON** |
| v. | |
| MANUK SHUBARALYAN, | |
| Defendant. | |

Defendant, Manuk Shubaralyan ("Shubaralyan"), through his attorneys, Law Offices of Jilbert Tahmazian has requested permission to travel to Staton, Oregon to visit his daughter. Shubaralyan requested to be allowed to travel between April 21, 2009 and April 30, 2009.

NOW, GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AND ADJUDGED that Defendant, Shubaralyan be permitted to travel to Staton, Oregon to visit his daughter from April 21, 2009 and April 30, 2009.

///

///

1

ORDER TO ALLOW TRAVEL

IT IS FURTHER ORDERED that Shubaralyan check in with the Pretrial Services within 48 hours upon his return. All conditions of his pretrial release shall remain the same.

Dated: April 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE